1043

[No. 29774-1-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. NOEL
ST. CLAIRE MCCAUSLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02651-0, Sharon S. Armstrong, J., entered
November 18, 1991. *Dismissed* by unpublished per curiam
opinion.

[No. 27232-2-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP
EDWARD PAWLING, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-04419-6, William L. Downing, J., entered
November 6, 1990. *Dismissed* by unpublished per curiam
opinion.

[No. 29994-8-I.   Division One.   April 19, 1993.]

NEIGHBORS OF SOUTH FOREST STREET, INC., *Appellant*, v.
THE CITY OF BELLINGHAM, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom
County, No. 90-2-00991-9, Byron L. Swedberg, J., entered
December 30, 1991. *Affirmed* by unpublished opinion per
Webster, C.J., concurred in by Scholfield and Baker, JJ.

[No. 27897-5-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANICE FAYE
PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05328-4, Carmen Otero, J., entered Febru-
ary 26, 1991. *Reversed* by unpublished opinion per Kennedy,
J., concurred in by Scholfield and Baker, JJ.